IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00058-MR

| | |
|---|---|
| BENSON MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH LASSITER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant Jeffery Patane's Motion to Seal [Doc. 114].

Defendant Patane moves to seal his unredacted Memorandum in Support of his Motion for Summary Judgment, as well as the exhibits submitted in support thereof. [Doc. 114]. For grounds, he explains that the Memorandum and Exhibits contain sensitive medical information about the Plaintiff, and that sealing is required to protect such information.

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives."

Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion on August 3, 2023, and such motion has been accessible to the public through the Court's electronic case filing system since that time. Further, the Defendant has demonstrated that the subject documents contain sensitive medical information concerning the Plaintiff and that the public's right of access to such information is substantially outweighed by the Plaintiff's competing interest in protecting the details of such information. See United States v. Harris, 890 F.3d 480, 492 (4th Cir. 2018). Finally, having considered less drastic alternatives to sealing the documents, the Court concludes that sealing of these documents is necessary to protect the Plaintiff's privacy interests.

**IT IS, THEREFORE, ORDERED** that Defendant Patane's Motion to Seal [Doc. 114] is **GRANTED**, and Defendant Patane's unredacted Memorandum and related Exhibits [Docs. 96, 98-113] shall be sealed and shall remain under seal until further Order of this Court.

**IT IS SO ORDERED.**

Signed: March 28, 2024

Martin Reidinger
Chief United States District Judge